FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 13-92-DSF |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation/ |
| ) | Supervised Release Conditions) |
| EMMANUEL WRIGHT, ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he has ties to community, a verifiable home address, or verifiable bail resources, including available sureties.

IT IS ORDERED that defendant be detained.

DATED: 9/9/2013

*Patrick J. Walsh*
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE